AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

MAY 30 2019

| | |
|---|---|
| United States of America<br>v.<br>ANDREW B. POWERS<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:19-MJ-252   UNDER SEAL<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 29, 2016__ in the county of __Loudoun__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2314 | Inducing Interstate Travel in Execution of Fraud Scheme |

This criminal complaint is based on these facts:
See Attached Affidavit

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
AUSA Jack Hanly

*Complainant's signature*

Jamie Vera, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/30/19

/s/
Michael S. Nachmanoff
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, Virginia

Hon. Michael S. Nachmanoff, U.S. Magistrate Judge
*Printed name and title*