JS 45 (01/2008)                                **REDACTED**

# Criminal Case Cover Sheet                                                  U.S. District Court

**Place of Offense:**          Under Seal: Yes x  No ___          Judge Assigned: _____

City _____         ___ Superseding Indictment           Criminal Number: _____

County/Parish Loudoun    ___ Same Defendant              ___ New Defendant   x

                         Magistrate Judge Case Number 1:19mj 252    Arraignment Date: _____

                         Search Warrant Case Number _____

                         R 20/R 40 from District of _____

                         Related Case Name and No: _____

Defendant Information:

Juvenile --Yes ___ No X  FBI # _____

**Defendant Name:** ANDREW B. POWERS    Alias Name(s) _____

**Address:** Palisades, CA 90272

**Employment:** _____

**Birth date** 1975    SS# 2769    Sex M  Def Race ___   Nationality U.S.    Place of Birth _____

**Height** ___  **Weight** ___  **Hair** ___         Scars/Tattoos _____

Interpreter: X No ___ Yes  List language and/or dialect: ___      Automobile Description _____

Location Status:

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody     ___ On Pretrial Release      X Not in Custody

x  Arrest Warrant Requested      ___ Fugitive                ___ Summons Requested

___ Arrest Warrant Pending       ___ Detention Sought         ___ Bond

Defense Counsel Information:

Name: John Zwerling _____     ___ Court Appointed      Counsel conflicted out: _____

Address: _____                  x  Retained

Telephone: (703) 629-8054            ___ Public Defender     Federal Public Defender's Office conflicted out:

U.S. Attorney Information:

AUSA  Jack Hanly     Telephone No: (703) 299-3773    Bar # 23969

Complainant Agency, Address & Phone Number or Person & Title:

Jamie Vera, Special Agent, Federal Bureau of Investigation, (703) 686-600

U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 2314 | Interstate Travel Fraud | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: May 29, 2019      Signature of AUSA: _[signature]_